# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50156
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 17, 2019

Lyle W. Cayce
Clerk

SHARI I. HOWARD,

Plaintiff−Appellant,

versus

LOWE'S HOME CENTERS, L.L.C., Doing Business as Lowe's;
LOWE'S COMPANIES, INCORPORATED, Doing Business as Lowe's;
LOWE'S HOME CENTERS, INCORPORATED, Doing business as Lowe's,

Defendants−Appellees.

Appeals from the United States District Court
for the Western District of Texas
No. 1:16-CV-1279

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50156

Shari Howard, *pro se* in the district court and on appeal, sued the Lowe's defendants, under various theories of state and federal law, to recover damages arising out of two separate disputes: (1) a broken Whirlpool refrigerator and (2) the denial of a prepaid-account discount. The district court granted the defendants' motion for summary judgment, explaining its decision in a thorough and well-reasoned eighteen-page order entered January 26, 2019.

The district court carefully explained why, under applicable state and federal law and the facts in the summary judgment record, each of Howard's theories and claims is without merit. It would accomplish little for us to copy and repeat the court's convincing disposition of this matter. The summary judgment is AFFIRMED, essentially for the reasons given by the district court.